■ HUBERTH & HUBERTH, INC., et al., Plaintiffs-Respondents, v. BURTON HANDELSMAN, Appellant, et al., Defendants.— Order of the Supreme Court, New York County, entered August 11, 1972, so far as appealed from, denying motion to dismiss the second cause of action of the complaint, unanimously reversed, on the law, without costs and without disbursements, the motion to dismiss the second cause of action granted, and the complaint dismissed and action severed as to defendant-appellant. The second cause is for damages consequent on an alleged conspiracy to deprive plaintiffs of a commission on the lease or sale of certain real property. There is no allegation of the employment of the plaintiffs in respect of the alleged lease or sale. Consequently, there can be no conspirarcy to deprive plaintiffs of their commission. (*Newberry & Co.* v. *Warnecke & Co.*, 267 App. Div. 418, affd. 293 N. Y. 698; *Block* v. *Chassin*, 36 A D 2d 703.) Concur — McGivern, J. P., Nunez, Kupferman, McNally and Capozzoli, JJ.

■ SARAH L. SOJO, as Administratrix of the Estate of GLORIA SOJO, Deceased, Appellant, v. HERTZ CORPORATION et al., Respondents.— Order, Supreme Court, New York County, entered on September 16, 1971, setting aside a jury verdict in the sum of $30,341, and ordering a new trial unless the plaintiff accepts the sum of $20,000, unanimously reversed, on the law and the facts, the motion denied and the verdict reinstated. Appellant shall recover of respondents $60 costs and disbursements of this appeal. In this wrongful death action, although the age of the decedent was 19 years at the time of her death, in view of her earning capacity and expectancy, and the fact that she was working at the time, we are unable to say that the verdict of the jury was so grossly excessive as to shock judicial conscience or that there was not an adequate basis in the record for this verdict. (Cf. *Birkett* v. *Knickerbocker Ice Co.*, 110 N. Y. 504, 508; *Sitkiewitz* v. *Central Hudson Gas & Elec. Corp.*, 245 App. Div. 737.) Concur — McGivern, J. P., Markewich, Kupferman, Murphy and Tilzer, JJ.